UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GETU TAMRAT,

                    Petitioner,

        v.

DREW BOSTOCK, *et al*.,

                    Respondents.

Case No. C26-1169-MLP

ORDER DIRECTING RESPONSE TO
MOTION FOR TEMPORARY
RESTRAINING ORDER

Petitioner Getu Tamrat is a native and citizen of Ethiopia who is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. On April 7, 2026, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention and seeking release from custody. (Dkt. # 1.) Petitioner thereafter filed an amended petition in which he argues that his ongoing detention is unlawful because the 90-day removal period set forth in 8 U.S.C. § 1231(a)(1)(A) has expired and he has not been released on conditions of supervision as required by § 1231(a)(3). (*See* dkt. # 8 at 8-11.) He argues, in the alternative, that his detention is unlawful because Respondents failed to undertake the custody review required by 8 C.F.R. § 241.4. (*Id.* at 11-15.)

ORDER DIRECTING RESPONSE TO
MOTION FOR TEMPORARY
RESTRAINING ORDER - 1

On April 19, 2026, Petitioner filed a motion for temporary restraining order ("TRO") seeking an order preventing Respondents from transferring or removing him from this Court's jurisdiction or the United States while this matter is pending. (Dkt. # 9 at 7.) Respondents have filed a notice of intent to oppose Petitioner's motion for TRO in accordance with Local Civil Rule 65(b)(5) if the Court deems such a response necessary. (Dkt. # 11.) It appears a response would aid the Court in its resolution of Petitioner's motion for TRO. As Respondents' return to Petitioner's amended petition is due tomorrow, April 21, 2026 (*see* dkt. # 2), the Court deems it appropriate to direct Respondents to respond to the motion for TRO in their return. And, as it appears unlikely that a reply from Petitioner will be necessary to resolve the underlying Petition, the Court will deem Respondents' return and Petitioner's motion for TRO ripe for consideration upon receipt of the return.

Based on the foregoing, the Court ORDERS as follows:

(1)    Respondents shall file a response to Petitioner's motion for TRO in conjunction with their return to Petitioner's federal habeas petition not later than 5:00 p.m. on April 21, 2026, and they shall note the return on the Court's calendar for consideration on that date.

(2)    Respondents are PROHIBITED from removing Petitioner from either the United States or this jurisdiction, without further order of the Court.

(3)    The Clerk shall send copies of this Order to all counsel of record.

DATED this 20th day of April, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING RESPONSE TO
MOTION FOR TEMPORARY
RESTRAINING ORDER - 2